1  COOLEY GODWARD KRONISH LLP
   PATRICK GUNN (172258)
2  BRETT KINGSBURY (243744)
   101 California Street, 5th Floor
3  San Francisco, CA  94111-5800
   Telephone:    (415) 693-2000
4  Facsimile:    (415) 693-2222

5  Attorneys for Defendant
   INERTIA BEVERAGE GROUP INC., a Delaware corporation
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | SARTORIUS STEDIM SYSTEMS INC., A Pennsylvania corporation, | **CASE NO. 09-5686 (MMC)** |
   | --- | --- |
12 | Plaintiff, | **NOTICE OF PRELIMINARY SETTLEMENT AGREEMENT AND STIPULATED PROPOSED ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
13 | v. | |
14 | INERTIA BEVERAGE GROUP INC., a Delaware corporation; and DOES 1-100 inclusive, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
15 | Defendants. | |

28  1165037 v1/SF

Notice Of Preliminary Settlement
Agreement And Proposed Order Vacating
CMC (Case No. 09-5686 (MMC))

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLEASE TAKE NOTICE that the parties have reached a preliminary settlement agreement on all claims in the above-captioned case. The final settlement agreement will entail the Plaintiff Sartorius Stedim Systems inc. ("Sartorius") dismissing all claims without prejudice pending completion of payments by Defendant Inertia Beverage Group Inc ("Inertia"). Because the parties have reached an agreement and require a short period to formalize a written settlement, they jointly request the Court vacate the Case Management Conference scheduled for March 12, 2010 at 10:30 a.m. in Courtroom 7.

Dated: 3/3, 2010

COOLEY GODWARD KRONISH LLP

By: /s/ Brett Kingsbury
Brett Kingsbury (243744)

Attorneys for Defendant Inertia Beverage Group, Inc.

Dated: 3/2, 2010

ALSTON & BIRD LLP

By: /s/ Deborah Yoon Jones
Deborah Yoon Jones (178127)

Attorneys for Plaintiff Sartorius Stedim Systems Inc.

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference previously scheduled for March 12, 2010 is ~~vacated.~~ CONTINUED to April 9, 2010. A Joint Case Management Statement shall be filed no later than April 2, 2010.

Dated: March 4, 2010

By: /s/ Maxine M. Chesney
United States District Court Judge

1165037 v1/SF

1.

Notice Of Preliminary Settlement Agreement And Proposed Order Vacating CMC (Case No. 09-5686 (MMC))

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO