1 | DEBORAH YOON JONES (State Bar No. 178127)
  | ADRIENE PLESCIA LYNCH (State Bar No. 259100)
2 | **ALSTON & BIRD, LLP**
  | 333 South Hope Street, Sixteenth Floor
3 | Los Angeles, California 90071-1406
  | Telephone: (213) 576-1000
4 | Facsimile: (213) 576-1100

5 | AUGIE RAKOW (State Bar No. 254585)
  | **ALSTON & BIRD LLP**
6 | Two Palo Alto Square
  | 3000 El Camino Real, Suite 400
7 | Palo Alto, CA 94306-2112
  | Telephone: (650) 838-2000
8 | Facsimile: (650) 838-2001

9 | Attorneys for Plaintiff
  | **SARTORIUS STEDIM SYSTEMS INC.**
10 | **and successor-by-merger,**
   | **SARTORIUS STEDIM NORTH AMERICA INC.**

11 |

12 | PATRICK GUNN (State Bar No. 172258)
   | BRETT KINGSBURY (State Bar No. 243744)
13 | **COOLEY GODWARD KRONISH LLP**
   | 101 California Street, 5th Floor
14 | San Francisco, CA  9411103800
   | Telephone: (415) 693-2000
15 | Facsimile: (415) 693-2222

16 | Attorneys for Defendant
   | **INERTIA BEVERAGE GROUP INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SARTORIUS STEDIM SYSTEMS INC., a Pennsylvania corporation, | Case No.: CV09-05686 MM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE DISMISSAL |
| v. | Honorable Judge Maxine M. Chesney |
| INERTIA BEVERAGE GROUP INC., a Delaware corporation; and DOES 1-100 inclusive, | Filing Date: December 3, 2009 |
| Defendants. | |

LEGAL02/31829186v1

[PROPOSED] ORDER RE DISMISSAL

1  The Court having read and reviewed Plaintiff Sartorius Stedim Systems
2  Inc.'s and Defendant Inertia Beverage Group Inc.'s Stipulation Re Dismissal and good
3  cause appearing therefor,
4      IT IS HEREBY ORDERED that the above-entitled action is hereby
5  dismissed without prejudice in its entirety, with each side bearing its own attorneys'
6  fees and costs.
7      **IT IS SO ORDERED.**

9  Dated: March 25, 2010



The Honorable Maxine M. Chesney

[PROPOSED] ORDER RE DISMISSAL

LEGAL02/31829186v1