DEBORAH YOON JONES (State Bar No. 178127)
ADRIENE PLESCIA LYNCH (State Bar No. 259100)
**ALSTON & BIRD, LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071-1406
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Plaintiff
**SARTORIUS STEDIM SYSTEMS INC.**
**and successor-by-merger,**
**SARTORIUS STEDIM NORTH AMERICA INC.**

PATRICK GUNN (State Bar No. 172258)
BRETT KINGSBURY (State Bar No. 243744)
**COOLEY GODWARD KRONISH LLP**
101 California Street, 5th Floor
San Francisco, CA  9411103800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
**INERTIA BEVERAGE GROUP INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARTORIUS STEDIM SYSTEMS INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>INERTIA BEVERAGE GROUP INC., a Delaware corporation; and DOES 1-100 inclusive,<br><br>Defendants. | Case No.: CV09-05686 MM<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Honorable Judge Maxine M. Chesney<br><br>Filing Date: December 3, 2009 |

1. The Court having read and reviewed Plaintiff Sartorius Stedim Systems Inc.'s and Defendant Inertia Beverage Group Inc.'s Stipulation Re Dismissal With Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice in its entirety, with each side bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __July 7__, 2010

/s/ Vaughn R Walker for
The Honorable Maxine M. Chesney